## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW MEXICO

BARBARA WACONDA, as Personal Representative
of the Estate of GLORIA LEON, Deceased,

      Plaintiff,

vs.

No. CIV 06-0101 JC ACT

THE UNITED STATES OF AMERICA,
ST. VINCENT REGIONAL MEDICAL CENTER,
REBECCA BAIR, M.D., AVELINA BARDWELL, M.D.,
IRON EAGLE ENTERPRISES, f/k/a PMSA,
JOSEPH ARAGON, MD, NANETTE LOWE, MD and
STAFF CARE, INC.,

      Defendants.

### NOTICE AND RECEIPT OF SUMMONS AND FIRST AMENDED COMPLAINT

To:   Nanetta B. Lowe, MD
      1250 Camelot Dr
      Tahlequah, OK 74464-4677

The enclosed Summons and First Amended Complaint are served pursuant to Rule 1-004 of the New Mexico Rules of Civil Procedure.

You must sign and date the receipt. If you are served on behalf of a corporation, unincorporated association (including a partnership) or other entity, you must indicate under your signature your relationship to that entity. If you are served on behalf of another person and you are authorized to receive process, you must indicate under your signature your position or title.

If you do not complete and return the form to the above Court within twenty (20) days, you (or the party on whose behalf you are being served) may be required to pay any expenses incurred in serving a Summons and First Amended Complaint in any other manner permitted by law.

If you do complete and return this form, you (or the party on whose behalf you are being

served) must answer the First Amended Complaint within twenty (20) days of the date upon which this notice was mailed, which appears below. If you fail to do so, judgment by default may be taken against you for the relief demanded in the First Amended Complaint.

I declare, under penalty of perjury, that this Notice and Receipt of Summons and First Amended Complaint was mailed on this 7th day of April, 2006.

_____
PIA SALAZAR
Salazar & Sullivan
Attorneys for Plaintiff
6301 Indian School Rd. NE, Ste. 300
Albuquerque, NM 87110
(505) 314-1414
Fax: (505) 314-1419